UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 MAY 26 PM 12: 44

CLERK

BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 2:22-cr-61-1 |
| ) | |
| HARLEY REYNOLDS, ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about March 15, 2022, in the District of Vermont, the defendant, HARLEY REYNOLDS, knowingly possessed in and affecting interstate commerce 9mm Winchester ammunition, then being an unlawful user of and addicted to a controlled substance as defined in 21 U.S.C. § 802, and knowing that she was an unlawful user of and addicted to such a substance.

(18 U.S.C. §§ 922(g)(3), 924(a)(2))

A TRUE BILL

FOREPERSON

*[signature]*
NIKOLAS P. KEREST (JJB)
United States Attorney
Burlington, Vermont
May 26, 2022

1